Sonja Lynn WILLIAMS,
Plaintiff–Appellant,

v.

Anna POWERS, a/k/a Ann Powell,
Fluvanna Therapeutic Community
Program, Defendant–Appellee.

No. 02–7625.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 23, 2002.

Sonja Lynn Williams, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Sonja Lynn Williams appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Powers,* No. CA–02–31 (W.D.Va. Oct. 18, 2002). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*